ALBERT KRAFT, Appellant, Respondent, v. CHEMO COMPANY, Respondent, Appellant.— Order dated April 4, 1941, made on the plaintiff's motion to examine the defendant, modified by striking from paragraph (4) of the notice of motion the words " as well as how it was used and how it was stored." Order dated April 4, 1941, so far as appealed from, made on the plaintiff's motion to modify the defendant's demand for a bill of particulars, is amended so as to include, in subdivision (1) of said order, paragraph (15) of the defendant's demand. Said orders, as modified and amended, and the order dated May 2, 1941, are affirmed, without costs of these appeals to either party. All concur. (The three orders grant in part plaintiff's motion to modify defendant's demand for a bill of particulars and for an examination before trial and to vacate defendant's notice of examination before trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of FREDERIC S. COVENTRY, Deceased. MARIETTA S. COVENTRY, Appellant; JOSEPHINE G. BRONK, Respondent.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. All concur. (The order denies a motion of the executrix to dismiss the petition of a distributee of a will, vacates the decree settling the accounts of the executrix, permits the petitioner to intervene, consolidates the present proceeding with the proceeding for settlement, and directs trial of the consolidated proceeding.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [178 Misc. 620.]

GRACE GEORGE, Appellant, v. OWNERS TRUCKING CORPORATION and DURWARD BAKER, Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order settles a proposed record on appeal, in an automobile negligence action.) Present — Cunningham, Dowling, Harris and McCurn, JJ.

SPENCER TURCK, Respondent, v. PEARL TURCK, Appellant.— Order modified and issues framed and as modified affirmed, with ten dollars costs and disbursements. All concur. (The order frames issues for trial by jury in a divorce action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

EDWARD C. BICKFORD and EMMA BICKFORD, Appellants, v. WALTER J. NICE and WARD R. WARBOYS, as Executor, etc., of JAMES WARBOYS, Deceased, Respondents, and J. VINCENT SERVE, Defendant.— Judgments and orders affirmed, with costs. All concur. (The judgments are for defendants in an automobile negligence action. The orders deny a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.